# United States District Court
## Southern District of Georgia

Tommy Floyd Mock

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV614-1

Carolyn W. Colvin
Commissioner of Social Security

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 11, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of the Court; affirming the Commissioner's decision and dismissing this case with prejudice. This action stands closed.



February 11, 2015
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk